No. 01–7331. BELLAMY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7334. HUBBART v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 01–7336. WIXOM v. WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 01–7339. CANNON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7341. HENNESSEY v. VAUGHN, SUPERINTENDENT, STATE INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 01–7344. GONZALEZ-CHAVIRA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7346. MELSON v. VAUGHN, SUPERINTENDENT, GRATERFORD CORRECTIONAL INSTITUTION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–7347. WELLS v. MOHAMMED ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 01–7349. WRIGHT v. NEUMAN DISTRIBUTION CO. C. A. 5th Cir. Certiorari denied.

No. 01–7350. McELROY v. McELROY. Ct. App. D. C. Certiorari denied.

No. 01–7351. MOSSERI v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7352. ROLLS v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7353. SUMLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7355. BASHAM v. CRAWFORD ET AL. C. A. 9th Cir. Certiorari denied.